Northern District Of Ohio – Western Division
United States Bankruptcy Court
1716 Spielbusch Ave
Toledo, OH 43604
**Case No. 10–36431–rls**

**In re:**
Shane M. Witte
1216 E 2nd St
Port Clinton, OH 43452

**Social Security No.:**
xxx–xx–3943

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Ericka S Parker is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** April 25, 2011 /s/ Richard L. Speer
Form ohnb136 United States Bankruptcy Judge